**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON FAVOR LLP, | Case No.: 3:23-cv-00585-CSD |
| Plaintiff | **Order** |
| v. | |
| USHER RAYMOND, et al., | |
| Defendants | |

Plaintiff filed an application to proceed *in forma pauperis* and pro se civil rights complaint, which he marked as his second amended complaint. The filings indicate he is an inmate in custody of the Los Angeles County Sheriff at the Men's Central Jail. Plaintiff did not file the IFP application for an inmate with the required financial certificate and trust fund account statement. Therefore, the court denied his IFP application without prejudice and gave Plaintiff 30 days to file a completed IFP application for an inmate or pay the filing fee. He was cautioned that a failure to do so would result in dismissal of this action without prejudice. (ECF No. 6.)

That order was returned as undeliverable. (ECF No. 7.)

Plaintiff did not update his contact information as is required under Local Rule IA 3-1. Nor has he filed a completed IFP application for an inmate. Dismissal of this action without prejudice is appropriate under Local Rule IA 3-1.

///

## CONCLUSION

This action is **DISMISSED WITHOUT PREJUDICE**.

Dated: April 9, 2024

_____
Craig S. Denney
United States Magistrate Judge